```
                                                          F I L E D
                                                             Clerk
                                                         District Court

                                                         OCT 2 8 2005
        IN THE UNITED STATES DISTRICT COURT
                      FOR THE                       For The Northern Mariana Islands
             NORTHERN MARIANA ISLANDS               By_____
                                                              (Deputy Clerk)
```

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00023 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| ANTONIO R. CABRERA, | ) | |
| Defendant. | ) | |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   28th  day of   October  , 2005

By: _____
    Galo L. Perez
    Clerk of Court
    U.S. District Court
    Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| United States of America vs. Antonio R. Cabrera | | Clerk District Court OCT 25 2000 For The Northern Mariana Islands By _____ (Deputy Clerk) | | District Court Northern Mariana Islands, Saipan, MP 96950 |

| Plaintiff's Attorney<br>Kevin Seely, AUSA | Defendant's Attorney<br>Joseph Arriola | Docket Number   CR-00-00023 |
| --- | --- | --- |
| | | Trial Date(s) October 16 - October 23 |
| Presiding Judge<br>Honorable Alex R. Munson | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>K. Lynn Lemieux |

| GOV. NO. | DEF. NO. | DATE | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| Gov. | | 10/17 | | | MATHILDE ROSARIO |
| 1 | | 10/17 | 10/17 | 10/17 | Documents from the Personnel file of Antonio R. Cabrera (10 pages) |
| 2 | | 10/17 | 10/17 | 10/17 | Documents from the Personnel file of Antonio R. Cabrera (5 pages) |
| Gov. | | 10/17 | | | ROBERT A. GUERRERO |
| 4 | | 10/17 | 10/17 | 10/17 | Overtime Requests and Authorizations for Antonio R. Cabrera |
| 3 | | 10/17 | 10/17 | 10/17 | Overtime Requests and Authorizations for Gabriel Camacho |
| 5 | | 10/17 | 10/17 | 10/17 | Overtime Request and Authorizations for Eliceo Cabrera |
| 6 | | 10/17 | 10/17 | 10/17 | Overtime Request and Authorization for Donald Flores |
| 10 | | 10/17 | 10/17 | 10/17 | Portions of the Finance & Acctng Div. Tropical Storm Verne file/ for DPH of CHC |
| Gov. | | 10/17 | | | ELOIDA C. MACARANAS |
| 7 | | 10/17 | 10/17 | 10/17 | Dept. of Fin, Manual Payroll Comp. for G. Camacho, Antonio Cabrera, Eliceo Cabrera, Donald Flores |
| 8 | | 10/17 | 10/17 | 10/17 | Accts Payable Voucher relating to overtime payments to Camacho, A. Cabrera, E. Cabrera & Flores |
| 9 | | 10/17 | 10/17 | 10/17 | CNMI Treasury Check No. 463202 payable to Antonio Cabrera |
| 11 | | 10/17 | 10/17 | 10/17 | Portions of DOF's Typhoon Wilda file |
| 12 | | 10/17 | 10/17 | 10/17 | Portions of DOF's Typhoon Zelda file |
| 13 | | 10/17 | 10/17 | 10/17 | Portions of DOF's Tropical Storm Bobbie file |
| Gov. | | 10/17 | | | GREGORIO A. DELEON GUERRERO |
| 14 | | 10/17 | 10/17 | 10/17 | Tropical Storm Tom Emergency Declaration, dated 13 and 14, 1996 |
| 57 | | 10/17 | 10/17 | 10/17 | Emergency Declarations of Storms /Orchid, Verne, Wilda, Zelda, Bobbie, Ward and Yates |
| Gov. | | 10/17 | | | VICTORIA R. MARATITA |
| 15 | | 10/17 | 10/17 | 10/17 | Travel Authorizations for Antonio Cabrera's travel Sept. 4, 1996 thru Sept. 14, 1996 |
| Gov. | | 10/17 | | | LUIS S. CAMACHO |
| 16 | | 10/17 | 10/17 | 10/17 | Office of Personnel Memorandum to Gov. Froilan Tenorio dated 2/25/1997 |
| 56 | | 10/17 | 10/17 | 10/17 | Title 1, CMC Section 8131, Civil Service System; Applicability; Exemptions |
| Gov. | | 10/17 | | | JOAQUIN S. REYES |
| 17 | | 10/17 | 10/17 | 10/17 | CNMI Contract No. C5019801, entitled Agreement & Contract for Surveying |
| Gov. | | 10/18 | | | CANDIDO I. CASTRO |
| 66 | | 10/18 | 10/18 | 10/18 | Plea Agreement between Candido Castro and the United States of America |
| 18 | | 10/18 | 10/18 | 10/18 | Castro & Associates invoice for C5019801 ($25,000.00) and check dated March 2, 1995 |
| 19 | | 10/18 | 10/18 | 10/18 | Castro & Associates invoice for C5019801 ($25,000.00) and check dated June 13, 1995 |

AO 187                          **EXHIBIT AND WITNESS LIST**

| United States of America vs. Antonio R. Cabrera | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| **Plaintiff's Attorney**<br>Kevin Seely, AUSA | **Defendant's Attorney**<br>Joseph Arriola | **Docket Number**   CR-00-00023 |
| | | Trial Date(s) October 16 - October 23 |
| **Presiding Judge**<br>Honorable Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 10/18 | 10/18 | 10/18 | Castro & Associates invoice for C5019801 ($25,000.00) and check dated July 19, 1995 |
| 21 | | 10/18 | 10/18 | 10/18 | Castro & Associates invoice for C5019801 ($25,000.00) and check dated August, 1995 |
| 24 | | 10/18 | 10/18 | 10/18 | Castro & Assoc. invoice for Change Order dated December 12, 1996 |
| 25 | | 10/18 | 10/18 | 10/18 | Letter from Herman Manglona to Antonio Cabrera - December 16, 1996 |
| 26 | | 10/18 | 10/18 | 10/18 | Letter from Antonio Cabrera - dated on December 19, 1996 |
| 28 | | 10/18 | 10/18 | 10/18 | CNMI Treasury Check dated December 24, 1996 for $30,621.25 |
| 30 | | 10/18 | 10/18 | 10/18 | Castro & Associates check in the amount of $3,000 payable to Herman Santos |
| 62 | | 10/18 | 10/18 | 10/18 | 6/6/95 letter from Candido Castro to Herman Manglona re: Change Order on C5019801 |
| 63 | | 10/18 | 10/18 | 10/18 | Letter from Herman Manglona to Candido Castro proposing a change order |
| Gov. | | 10/18 | | | **HERMAN C. SANTOS** |
| 72 | | 10/18 | | | Testimony of Herman Santos to the Grand Jury |
| Gov. | | 10/18 | | | **GARY HEWITT** |
| Gov. | | 10/18 | | | **DOLORES GUERRERO** |
| 27 | | 10/18 | 10/18 | 10/18 | Castro & Associates invoice re: alleged change order dated Dec. 12, 1996 |
| Gov. | | 10/18 | | | **ESTRELLITA (ESTHER) A. CALVO** |
| 29 | | 10/18 | 10/18 | 10/18 | Accounts Payable Voucher dated January 14, 1997 |
| 32 | | 10/18 | 10/18 | 10/18 | Accounts Payable Voucher dated December 6, 1996 |
| 34 | | 10/18 | 10/18 | 10/18 | Accounts Payable Voucher dated December 23, 1996 |
| 47 | | 10/18 | 10/18 | 10/18 | Accounts Payable Voucher dated October 4, 1996 |
| 49 | | 10/18 | 10/18 | 10/18 | Accounts Payable Voucher dated October 22, 1996 |
| 33 | | 10/18 | 10/18 | 10/18 | CNMI Treasury Check ($20,000.00) |
| 35 | | 10/18 | 10/18 | 10/18 | CNMI Treasury Check ($20,884.35) |
| 48 | | 10/18 | 10/18 | 10/18 | CNMI Treasury Check ($10,000.00) |
| 50 | | 10/18 | 10/18 | 10/18 | CNMI Treasury Check ($14,653.10) |
| Gov. | | 10/18 | | | **MARCIE M. TOMOKANE.** (Vice President, Branch Manager - Bank of Guam) |
| 41 | | 10/18 | 10/18 | 10/18 | Antonio R. Cabrera's credit card statement - transactions in September, 1994 |
| 45 | | 10/18 | 10/18 | 10/18 | Antonio R. Cabrera's credit card statement - December 1996 thru February 1997. |
| Gov. | | 10/18 | | | **MARIA CEPEDA** |
| Gov. | | 10/18 | | | **HERMAN T. GUERRERO** |

O 187

# EXHIBIT AND WITNESS LIST

| United States of America vs. | | | | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|---|---|---|
| Plaintiff's Attorney<br>Kevin Seely, AUSA | | | Defendant's Attorney<br>Joseph Arriola | | Docket Number   CR-00-00023 |
| | | | | | Trial Date(s) October 16 thru October 23 |
| Presiding Judge<br>Honorable Alex R. Munson | | | Court Reporter<br>Sanae Shmull | | Courtroom Deputy<br>K. Lynn Lemieux |

| GOV. NO. | DEF. NO. | DATE OFFER | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Gov. | | 10/23 | | | **BETTY JOHNSON.** |
| 69 | | 10/23 | 10/23 | 10/23 | Request for Travel Authorization - CHC - for Antonio Cabrera (9/17/94 to 9?25/94) |
| Gov. | | 10/23 | | | **LEO LAMOTTE** |
| 31 | | 10/23 | 10/23 | 10/23 | Audit Report dated Dec. 14, 1998 entitled Audit of Misuse of Funds |
| 46 | | 10/23 | 10/23 | 10/23 | Summary Chart of Accounts Payable Voucher for Antonio Cabrera ($20,884.35) |
| 51 | | 10/23 | 10/23 | 10/23 | Article X, Section 8 of the CNMI Constitution |
| Gov. | | 10/23 | | | **LUCY DLG NIELSEN** |
| 36 | | 10/23 | 10/23 | 10/23 | Letter from Lucy Nielsen to Antonio R. Cabrera dated October 23, 1998. |
| 37 | | 10/23 | 10/23 | 10/23 | Receipt for Certified Mail and Return Receipt signed by Antonio Cabrera. |