| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm.4D<br>P.O. Box 502089<br>Saipan, MP 96950 |

Antonio R. Cabrera
USDC Cr. Cs. No.00-00023-001
DOB: XX-XX-1959
SSN: XXX-XX-2243



DATE    January 5, 2006

FILED
Clerk
District Court

JAN - 6 2006

For The Northern Mariana Islands
By _____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL   San Diego and Los Angeles, CA (through Hawaii w/ return through Nagoya, Japan)

LEAVING   January 31, 2006   AND   Feburary 14, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Assist mother, Mrs. Rosea Lofton, with the purchase of items for a bakery she intends to open on Saipan.
Accompany mother back to Saipan.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your supervision conditions while in the Central and Southern Districts of California.
2. You shall call your probation officer as soon as you are aware of the need to remain away from Saipan for a longer period than authorized.
3. You shall report to the U.S. Probation Office within 24 hours upon your arrival on Saipan.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

**CENTRAL AND SOUTHERN DISTRICTS OF CALIFORNIA**

| NAME: | CUPSO Loretta Martin (fax 213-894-3627) |
|---|---|
| ADDRESS: | U.S. Courthouse, 6th Fl., 312 N. Spring St. |
| | Los Angeles, CA 90012-4701 |
| NAME: | CUSPO Kenneth Young (fax 619-557-6138) |
| ADDRESS: | U.S. District Court, SBC Bldg., Suite 700 |
| | 101 West Broadway, San Diego, CA 92101 |

MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

[X] APPROVED     [ ] DISAPPROVED

HONORABLE ALEX R. MUNSON

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ANTONIO R. CABRERA,<br>Defendant | USDC Cr. Cs. No. 00-00023-001<br><br>**REQUEST TO TRAVEL** |

On February 22, 2001, Antonio R. Cabrera was sentenced in the U.S. District Court for the Northern Mariana Islands after he was found guilty of three counts of Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A). Mr. Cabrera was sentenced to 33 months of incarceration, to be followed by three years of supervised release. His conditions of supervised release include the following: that he not commit another federal, state, or local crime; that he comply with the standard conditions of supervised release; that he not possess a firearm or dangerous weapon; that he undergo a mental health assessment approved by the U.S. Probation Office for treatment of anger management, and submit to any recommended treatment as a result of that assessment; that he seek and maintain gainful employment; that he not possess any illegal controlled substances unless prescribed by a licensed physician, and submit to one urinalysis within 15 days after release from imprisonment and two more urinalyses within 60 days thereafter; that he pay restitution in the amount of $56,461.98 to the CNMI Department of Finance; and that he pay a fine of $15,000. In addition, he was ordered to pay a $300 special assessment fee.

Mr. Cabrera was released from incarceration July 20, 2005, and has been under the supervision of the U.S. Probation Office since. Mr. Cabrera is in compliance with his conditions and reports monthly as required. He paid his special assessment fee on August 1, 2005, and completed the last of his three urinalyses on August 24, 2005. On September 25, 2005, Marianas Psychiatric Services conducted a mental health assessment and determined that Mr. Cabrera would benefit from no less than ten counseling sessions for the treatment of anger management. He attends counseling twice a month and has completed three sessions to date.

Mr. Cabrera is making $100 monthly payments to his restitution. He is employed part-time by his wife's uncle, Mr. James Chua of Pacific Century, Inc., and receives between $500 to $1,000 a month from the delivery of fresh produce to local businesses. He also receives a monthly income of $900 from property rental.

Mr. Cabrera's mother, Mrs. Rosea Lofton, is in the process of opening a bakery in a vacant space in Mr. Cabrera's building in Chalan Piao. She intends to employ her son at the bakery. Mr. Cabrera is requesting permission to travel to San Diego and Los Angeles, California, from January 31, 2006 to February 14, 2006 to visit his mother and to accompany her back to Saipan. Mr. Cabrera will fly through Hawaii on his way to California and through Japan on his return trip. Mr. Cabrera's airline ticket will be purchased using Continental One Pass miles.

On December 6, 2005, Mrs. Lofton confirmed the above information. She stated that she suffered a stroke several years ago and has had difficulty speaking since. Due to her speech impediment, she would like Mr. Cabrera to assist her in purchasing items for the bakery in San Diego, as well as accompany her to Los Angeles to purchase other specific items. They will travel to Los Angeles using her husband's vehicle.

Request to Travel
Re:   CABRERA, Antonio R.
USDC Cr. Cs. No. 00-00023-001
January 4, 2006
Page 2


  This Officer supports Mr. Cabrera's request for travel and seeks the Court's approval to allow him travel to San Diego and Los Angeles, California.

  RESPECTFULLY submitted this  5th  day of January 2006.

              Respectfully submitted,

              FRANK MICHAEL CRUZ
              Chief U.S. Probation Officer

          By: _____
              MELINDA N. BRUNSON
              U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File

GU/NMI - New Offender Orientation Packet Form 3
Rev. 02/02

**RECEIVED**
DEC 05 2005
U.S. Probation Office
District of NMI

## TRAVEL REQUEST FORM

Date: 12.05.05
Name: Antonio R. Cabrera
Address: P.O. Box 501658
Saipan, MP 96950

Phone No.: (670) 235-3431
Destination: San Diego, CA (and possible trip to Los Angeles)
Departure Date: January 31, 2006
Return Date: February 15, 2006
Purpose of Trip: To purchase materials/supplies for business and to escort my mother.

Persons traveling with: Rosea C. Lofton (Mother) on return portion to Saipan.

**Accommodations will be verified:**
Name: William A. Lofton (Father)
Address:
Phone Number: Area Code (619) 423-1737

**Mode of Transportation:**
**Vehicle:**
  Make/Model:
  Tag Number:
  Owner of Vehicle:

**Airline:**
  Name of Airline: Continental
  Departure flight no. and time: ⎱ See Itinerary
  Return flight no. and time:    ⎰

**Other Mode of Transportation:**
Trip to Los Angeles by 1) Father's vehicle or 2) car rental
Spoke w/ Mrs. Lofton 12/6/05 to confirm.

12/6/05

```
3JR0N8
1.1CABRERA/ANTONIOMR
 1 CO  946G 31JAN TU SPNGUM*HK1   515A  555A
 2 CO   2G 31JAN TU GUMHNL*HK1    710A  615P
 3 CO  12G 30JAN MO HNLLAX**HK1   950P  500A
 4 CO   3G 14FEB TU LAXHNL*HK1    910A 1255P
 5 CO   1G 14FEB TU HNLGUM**HK1   320P  650P
 6 CO9606G 15FEB WE GUMSPN*HK1    810P  900P
FONE-
1.SPN235-3431*ASK FOR TDN/HO00
TLT-TL30
RMKS-
1.ACCT      /PIN CODE
2.01 REMARKS ADDED BY SPN GS M1 02DEC 03X07 051C22


*3JC17H
1.1LOFTDM/ROSEAMRS
 1 CO   3G 14FEB TU LAXHNL*HK1    910A 1255P
 2 CO   1G 14FEB TU HNLGUM**HK1   320P  650P
 3 CO9606G 15FEB WE GUMSPN**HK1   810P  900P
 4 CO  946G 03OCT TU SPNGUM*HK1   430A  510A
 5 CO   2G 03OCT TU GUMHNL *HK1   600A  505P
 6 CO   12G 02OCT MO HNLLAX*HK1   920P  530A
FONE-
1.SPN235-3431*ASK FOR TDN/HO00
TLT-TL30
RMKS-
1.ACCT      /PIN CODE
2.01 REMARKS ADDED BY SPN GS M1 02DEC 03387 051C22
```