PROB 37
(Rev.
7/71)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

## PERMISSION TO TRAVEL

ADDRESS OF PROBATION OFFICE

U.S. PROBATION OFFICE
Horiguchi Building, Rm.4D
P.O. Box 502089
Saipan, MP 96950

**Antonio R. Cabrera**
**USDC Cr. Cs. No.00-00023-**
**001**
**DOB: XX-XX-1959**
**SSN: XXX-XX-2243**



DATE    January 12, 2006

YOU ARE AUTHORIZED TO TRAVEL TO _____ Alabang, Muntinlupa City, Philippines _____

LEAVING _____ January 19, 2006 _____ AND RETURNING _____ Feburary 16, 2006 _____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical treatment at Asian Hospital and Medical Center

F I L E D
Clerk
District Court

JAN 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL
AREA.  ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION
DISTRICT.)

1.  You shall comply with your supervision conditions while in the Philippines.
2.  You shall call your probation officer as soon as you are aware of the need to remain away
from Saipan for a longer period than authorized.
3.  You shall report to the U.S. Probation Office within 24 hours upon your arrival on Saipan.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

### Not Applicable

NAME: _____

ADDRESS: _____

NAME: _____

ADDRESS: _____

MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

☒ APPROVED        ☐ DISAPPROVED

HONORABLE ALEX R. MUNSON

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | USDC Cr. Cs. No. 00-00023-001 |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| ANTONIO R. CABRERA,<br>Defendant | ) | |

On February 22, 2001, Antonio R. Cabrera was sentenced in the U.S. District Court for the Northern Mariana Islands after he was found guilty of three counts of Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A). Mr. Cabrera was sentenced to 33 months of incarceration, to be followed by three years of supervised release. His conditions of supervised release include the following: that he not commit another federal, state, or local crime; that he comply with the standard conditions of supervised release; that he not possess a firearm or dangerous weapon; that he undergo a mental health assessment approved by the U.S. Probation Office for treatment of anger management, and submit to any recommended treatment as a result of that assessment; that he seek and maintain gainful employment; that he not possess any illegal controlled substances unless prescribed by a licensed physician, and submit to one urinalysis within 15 days after release from imprisonment and two more urinalyses within 60 days thereafter; that he pay restitution in the amount of $56,461.98 to the CNMI Department of Finance; and that he pay a fine of $15,000. In addition, he was ordered to pay a $300 special assessment fee.

Mr. Cabrera was released from incarceration July 20, 2005, and has been under the supervision of the U.S. Probation Office since. Mr. Cabrera is in compliance with his conditions and reports monthly as required. He paid his special assessment fee on August 1, 2005, and completed the last of his three urinalyses on August 24, 2005. On September 25, 2005, Marianas Psychiatric Services conducted a mental health assessment and determined that Mr. Cabrera would benefit from no less than ten counseling sessions for the treatment of anger management. He attends counseling twice a month and has completed three sessions to date.

Mr. Cabrera is making $100 monthly payments to his restitution. He is employed part-time by his wife's uncle, Mr. James Chua of Pacific Century, Inc., and receives between $500 to $1,000 a month from the delivery of fresh produce to local businesses. He also receives a monthly income of $900 from property rental.

On January 6, 2006, Mr. Cabrera suffered a heart attack and was admitted to the Commonwealth Health Center's Intensive Care Unit. The Commonwealth Health Center's Medical Referral Office has requested that Mr. Cabrera be sent to the Republic of the Philippines as soon as possible for a cardiac catheterization procedure to unblock the arteries to his heart. The medical referral office anticipates that Mr. Cabrera will need to be in the Philippines for at least three weeks for the operation, recovery period, and necessary check-ups. Mr. Cabrera has also expressed his desire to see a dentist in the Philippines for a dental check-up. This additional visit is supported by the Commonwealth Health Center because Mr. Cabrera may need future treatment for his heart condition that will require that his teeth be free of decay.

Request to Travel
Re:    CABRERA, Antonio R.
USDC Cr. Cs. No. 00-00023-001
January 12, 2005
Page 2


        The Commonwealth Health Center's Medical Referral Office is requesting that Mr.
Cabrera be allowed to travel to Asian Hospital and Medical Center in Alabang, Muntinlupa
City, Republic of Philippines, from January 19, 2006 to February 16, 2006.  Mr. Cabrera
will be accompanied by his wife, Birui H. Cabrera, and a nurse from the Commonwealth
Health Center.  If additional time is needed, Mr. Cabrera's wife will be instructed to contact
the probation office to make that request.

        This Officer supports Mr. Cabrera's request for travel and seeks the Court's
approval to allow him travel to the Republic of the Philippines.

        RESPECTFULLY submitted this _12 th_ day of January 2006.


                                        FRANK MICHAEL CRUZ
                                        Chief U.S. Probation Officer

                        By:     _____
                                        MELINDA N. BRUNSON
                                        U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File