| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm.4D<br>P.O. Box 502089<br>Saipan, MP 96950 |
|---|---|---|

Antonio R. Cabrera
USDC Cr. Cs. No.00-00023-001
DOB: XX-XX-1959
SSN: XXX-XX-2243



DATE   February 23, 2007

YOU ARE AUTHORIZED TO TRAVEL   Alabang, Muntinlupa City, Philippines

LEAVING   March 3, 2007   AND   March 10, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

FILED
Clerk
District Court

PURPOSE OF THIS TRIP:

Medical and dental check-ups at Asian Hospital and Medical Center.

MAR - 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your supervision conditions while in the Philippines.
2. You shall call your probation officer as soon as you are aware of the need to remain away from Saipan for a longer period than authorized.
3. You shall report to the U.S. Probation Office within 24 hours upon your arrival on Saipan.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

NAME: _____
ADDRESS: _____
_____
_____
_____

MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

☑ APPROVED     ☐ DISAPPROVED

HONORABLE TERRY J. HATTER

### UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CRIMINAL CASE NO. 00-00023-001 |
| Plaintiff                                        ) | |
|                                                       ) | |
| vs.                                                ) | **REQUEST TO TRAVEL** |
|                                                       ) | |
| ANTONIO R. CABRERA,               ) | |
| Defendant                                   ) | |

      On February 22, 2001, Antonio R. Cabrera was sentenced in the U.S. District Court for the Northern Mariana Islands after he was found guilty of three counts of Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A). Mr. Cabrera was sentenced to 33 months of incarceration, to be followed by three years of supervised release. His conditions of supervised release include the following: that he not commit another federal, state, or local crime; that he comply with the standard conditions of supervised release; that he not possess a firearm or dangerous weapon; that he undergo a mental health assessment approved by the U.S. Probation Office for treatment of anger management, and submit to any recommended treatment as a result of that assessment; that he seek and maintain gainful employment; that he not possess any illegal controlled substances unless prescribed by a licensed physician, and submit to one urinalysis within 15 days after release from imprisonment and two more urinalyses within 60 days thereafter; that he pay restitution in the amount of $56,461.98 to the CNMI Department of Finance; and that he pay a fine of $15,000. In addition, he was ordered to pay a $300 special assessment fee.

      Mr. Cabrera was released from incarceration July 20, 2005, and has been under the supervision of the U.S. Probation Office since. Mr. Cabrera has generally been in compliance with his conditions, however he continually submits his monthly reports late and has been counseled about the importance of reporting during the required time period. His latest monthly report was only one day late. He paid his special assessment fee on August 1, 2005, and completed the last of his three urinalyses on August 24, 2005. On March 24, 2006, Mr. Cabrera successfully completed his mental health treatment. He submitted to a DNA collection on January 18, 2006.

Request to Travel
Re:   CABRERA, Antonio R.
USDC Cr. Cs. No. 00-00023-001
March 1, 2007
Page 2


Mr. Cabrera is making $100 monthly payments to his restitution. He is employed as a cook.

In early January 2006, Mr. Cabrera was diagnosed with a medical condition which required that he be referred to Manila, Republic of the Philippines, for emergency medical attention. He is requesting permission to travel back to Manila, Republic of the Philippines, from March 3 through 10, 2007 for follow-up care. While there, he also intends to have a complete dental check-up as well. Mr. Cabrera will be traveling by himself and plans to stay in a hotel. His brother-in-law will purchase the round-trip ticket and provide the spending money.

In light of Mr. Cabrera's medical history, this Officer supports his request for travel and seeks the Court's approval to allow him travel to Manila, Republic of the Philippines. This Officer can provide more information to the Court, if needed, given the confidential nature of Mr. Cabrera's medical situation.

RESPECTFULLY submitted this ___1ST___ day of March 2007.

                                    Respectfully submitted,

                                    FRANK MICHAEL CRUZ
                                    Chief U.S. Probation Officer

                            By:     _____
                                    MELINDA N. BRUNSON
                                    U.S. Probation Officer


Reviewed by:


_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader


cc:   File