PROB 12A
(7/93)

# United States District Court

for

District of the Northern Mariana Islands

FILED
Clerk
District Court

AUG 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## Report on Offender Under Supervision

Name of Offender: **Antonio R. Cabrera**  Case Number: **CR 00-00023-001**

Name of Sentencing Judicial Officer: Alex R. Munson

Date of Original Sentence: February 22, 2001

Original Offense: Counts I, II, and IV - Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666 (a)(1)(A)

Original Sentence: 33 months imprisonment followed by 3 years of supervised release with the following conditions: The defendant shall not commit another federal, state, or local crime; the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; the defendant shall not possess a firearm or other dangerous weapon; the defendant shall undergo a mental health assessment approved by the U.S. Probation Office, for treatment of anger management, and shall submit to any recommended treatment as a result of that assessment; the defendant shall also make co-payment for treatment at a rate to be determined by the U.S. Probation Office; the defendant shall seek and maintain gainful employment; the defendant shall not use or possess any illegal controlled substances unless prescribed by a licensed physician, and shall submit to one urinalysis within 15 days of release from imprisonment and to two more urinalysis within 60 days thereafter; the defendant shall immediately pay restitution in the amount of $56,461.98, payments should be made to the United States District Court of the Northern Mariana Islands, attention Clerk of Court, P.O. Box 500687, Saipan, MP 96950 for disbursement to: CNMI Department of Finance, Attention: CNMI Treasury, P.O. Box 5234, Saipan, MP 96950; the defendant shall immediately pay a fine in the amount of $15,000, payments should be made to the United States District Court of the Northern Mariana Islands, attention Clerk of Court, P.O. Box 500687, Saipan, MP 96950. Additionally, the defendant was ordered to pay a $300 special assessment fee.

Type of Supervision: Supervised Release   Date Supervision Commenced: July 20, 2005

## NONCOMPLIANCE SUMMARY

Violation Number | Nature of Noncompliance

Standard Condition #2 | The defendant shall report to the probation office and shall submit a truthful and complete written report within the first five days of each month.

Report on Offender
Under Supervision                                                                                                              page 2

Mr. Cabrera failed to submit a monthly report for the month of July during the first five days of August. On August 15, 2007, this officer made an unannounced visit to Mr. Cabrera's employment in Chalan Piao, Saipan to confront him regarding his failure to submit a monthly report. Mr. Cabrera was not home, but a message was left with his wife. Later that afternoon, Mr. Cabrera reported to the U.S. Probation to submit his monthly report. He explained that he was "scatterbrained" and forgot to report to the U.S. Probation Office because of on-going medical issues and problems at work.

Since Mr. Cabrera's release from the Bureau of Prisons on July 20, 2005, he has submitted seven late monthly reports which should have been submitted between the first to the fifth of each month. On July 10, 2007, he submitted a late report for June 2007. On June 13, 2007, he submitted a late report for May 2007 after this officer called him to remind him to report. On January 12, 2007, he submitted a late report for December 2006. On December 18, 2006, he submitted a late report for November 2006. On September 12, 2006, he submitted a late report for August 2006 after this officer called him to remind him to report. On July 11, 2006, he submitted a late report for June 2006. On March 9, 2006, he submitted a late report for February 2006 after this officer called him to remind him to report.

Mr. Cabrera has otherwise been compliant to his conditions of supervised release. On August 1, 2005, he paid his $300 special assessment fee. On August 24, 2005, he completed the last of his three mandatory drug tests. On January 18, 2006, he submitted to the collection of a DNA sample. On March 11, 2006, he completed his mental health treatment for anger management. Mr. Cabrera has also been making $100 monthly payments towards his restitution and has a current balance of $54,463.11.

The issue of Mr. Cabrera's late reports has been addressed and he has been warned that future violations may result in a harsher sanction. This report is for informational purposes only and it is respectfully requested that no action be taken at this time.

Reviewed by:                                                                 Respectfully submitted,

_[signature]_                                                      by:  _[signature]_
CARMEN D. O'MALLAN                                                MELINDA N. BRUNSON
U.S. Probation Officer Specialist                                 U.S. Probation Officer
Supervision Unit Leader
Date: 8/24/07                                                     Date: 8/27/07

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other    No action to be taken.


_[signature]_
HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

8-29-07
Date