```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              NOV -6 2007

                                          For The Northern Mariana Islands
                                          By_____
                                                 (Deputy Clerk)
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS


| | |
|---|---|
| UNITED STATES OF AMERICA,  )   | CRIMINAL CASE NO. 00-00023-001 |
| Plaintiff  )   | |
| )   | |
| vs.  )   | **REQUEST TO TRAVEL** |
| )   | |
| ANTONIO R. CABRERA,  )   | |
| Defendant  )   | |
| _____)  | |

On February 22, 2001, Antonio R. Cabrera was sentenced in the U.S. District Court for the Northern Mariana Islands after he was found guilty of three counts of Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A). Mr. Cabrera was sentenced to 33 months of incarceration, to be followed by three years of supervised release. His conditions of supervised release include the following: that he not commit another federal, state, or local crime; that he comply with the standard conditions of supervised release; that he not possess a firearm or dangerous weapon; that he undergo a mental health assessment approved by the U.S. Probation Office for treatment of anger management, and submit to any recommended treatment as a result of that assessment; that he seek and maintain gainful employment; that he not possess any illegal controlled substances unless prescribed by a licensed physician, and submit to one urinalysis within 15 days after release from imprisonment and two more urinalyses within 60 days thereafter; that he pay restitution in the amount of $56,461.98 to the CNMI Department of Finance; and that he pay a fine of $15,000. In addition, he was ordered to pay a $300 special assessment fee.

Mr. Cabrera was released from incarceration July 20, 2005, and has been under the supervision of the U.S. Probation Office since. He paid his assessment fee on August 1, 2005, and completed the last of his three urinalyses on August 24, 2005. On March 24, 2006, Mr. Cabrera successfully completed his mental health treatment. He submitted to a DNA collection on January 18, 2006.

Request to Travel
Re:   CABRERA, Antonio R.
USDC Cr. Cs. No. 00-00023-001
November 6, 2007
Page 2

    Mr. Cabrera is making $100 monthly payments to his restitution. He is employed as a cook.

    On October 31, 2007, Mr. Cabrera was admitted to the Commonwealth Health Center (CHC) for medical problems. According to his doctor, Dr. Joel Smith, he needs to be referred to the Asian Hospital and Medical Center in the Republic of the Philippines to consult with a specialist immediately. The CHC Medical Referral Office has reported that Mr. Cabrera will more likely depart Saipan for the Philippines on November 7, 2007 and may return within four weeks.

    In light of Mr. Cabrera's medical history, this Officer supports his request for travel and seeks the Court's approval to allow him travel to Alabang, Muntinlupa City, Republic of the Philippines. This Officer can provide more information to the Court, if needed, given the confidential nature of Mr. Cabrera's medical situation.

    RESPECTFULLY submitted this ___6th___ day of November 2007.

                                      Respectfully submitted,

                                      ROSSANNA VILLAGOMEZ-AGUON
                                      Acting Chief U.S. Probation Officer

                  By: _____
                                      MELINDA N. BRUNSON
                                      U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

cc:   File