| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm.4D<br>P.O. Box 502089<br>Saipan, MP 96950 |
|---|---|---|

Antonio R. Cabrera
USDC Cr. Cs. No.00-00023-001
DOB: XX-XX-1959
SSN: XXX-XX-2243



DATE   November 6, 2007
Clerk
District Court

NOV - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL   Alabang, Muntinlupa City, Republic of the Philippines

LEAVING   November 7, 2007   AND   December 4, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical treatment at Asian Hospital and Medical Center.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your supervision conditions while in the Philippines.
2. You shall call your probation officer as soon as you are aware of the need to remain away from Saipan for a longer period than authorized.
3. You shall report to the U.S. Probation Office within 24 hours upon your arrival on Saipan.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

NAME: _____
ADDRESS: _____
_____
_____
_____

_____
MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

☒ APPROVED    ☐ DISAPPROVED

_Alex R. Munson_
HONORABLE ALEX R. MUNSON