| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm.4D<br>P.O. Box 502089<br>Saipan, MP 96950 |
|---|---|---|

Antonio R. Cabrera
USDC Cr. Cs. No.00-00023-001
DOB: XX-XX-1959
SSN: XXX-XX-2243



DATE    March 31, 2008

YOU ARE AUTHORIZED TO TRAVEL    Guam

LEAVING    April 2, 2008    AND    April 4, 2008

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Scheduled appointment with U.S. Citizenship and Immigration Services

F I L E D
Clerk
District Court

APR · 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your supervision conditions while in the District of Guam.
2. You shall call your probation officer as soon as you are aware of the need to remain away from Saipan for a longer period than authorized.
3. You shall report to the U.S. Probation Office within 24 hours upon your arrival on Saipan.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

NAME:    Rossanna Villagomez-Aguon, CUSPO
ADDRESS:    U.S. Probation Office
   2nd Fl., U.S. Courthouse
   520 W. Soledad Ave.
   Hagatna, Guam 96932
   Ph) 671-473-9201 Fx) 671-473-9202

_____
MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

☒ APPROVED    ☐ DISAPPROVED

_Alex R. Munson_
HONORABLE ALEX R. MUNSON

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS


| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff<br><br>vs.<br><br>ANTONIO R. CABRERA,<br>            Defendant | CRIMINAL CASE NO. 00-00023-001<br><br>**REQUEST TO TRAVEL** |

      On February 22, 2001, Antonio R. Cabrera was sentenced in the U.S. District Court for the Northern Mariana Islands after he was found guilty of three counts of Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A). Mr. Cabrera was sentenced to 33 months of incarceration, to be followed by three years of supervised release.  His conditions of supervised release include the following: that he not commit another federal, state, or local crime; that he comply with the standard conditions of supervised release; that he not possess a firearm or dangerous weapon; that he undergo a mental health assessment approved by the U.S. Probation Office for treatment of anger management, and submit to any recommended treatment as a result of that assessment; that he seek and maintain gainful employment; that he not possess any illegal controlled substances unless prescribed by a licensed physician, and submit to one urinalysis within 15 days after release from imprisonment and two more urinalyses within 60 days thereafter; that he pay restitution in the amount of $56,461.98 to the CNMI Department of Finance; and that he pay a fine of $15,000.  In addition, he was ordered to pay a $300 special assessment fee.

      Mr. Cabrera was released from incarceration July 20, 2005, and has been under the supervision of the U.S. Probation Office since.  Mr. Cabrera has been in compliance with his conditions.  He paid his special assessment fee on August 1, 2005, and completed the last of his three urinalyses on August 24, 2005.  On March 24, 2006, Mr. Cabrera successfully completed his mental health treatment.  He submitted to a DNA collection on January 18, 2006.  He makes $100 monthly payments to his restitution and reports monthly as required.  Mr. Cabrera has been unable to work due to on-going health problems.

Request to Travel
Re:   CABRERA, Antonio R.
USDC Cr. Cs. No. 00-00023-001
March 31, 2008
Page 2

    Mr. Cabrera has requested permission to travel to the District of Guam from April 2 to 4, 2008 to accompany his wife to a scheduled appointment at the Office of the U.S. Citizenship and Immigration Services. This Officer supports his request for travel and seeks the Court's approval to allow him travel to Guam.

    RESPECTFULLY submitted this 31ST day of March 2007.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   File